MARGARET ROSENTHAL, SBN 147501
SABRINA L. SHADI, SBN 205405
JEFFREY C. BILS, SBN 301629
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310.820.8800
Facsimile:   310.820.8859
Emails:     mrosenthal@bakerlaw.com
            sshadi@bakerlaw.com
            jbils@bakerlaw.com

Attorneys for Defendants
SYSCO CORPORATION and
SYSCO CENTRAL CALIFORNIA, INC.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTIN, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>SYSCO CORPORATION; SYSCO CENTRAL CALIFORNIA, INC.; and DOES 1-100,<br><br>Defendants. | Case No.:<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>[Filed concurrently with Civil Cover Sheet; Notice of Removal; and Request for Judicial Notice]<br><br>Action Filed:   June 7, 2016 |

The undersigned counsel of record for defendants Sysco Corporation and Sysco Central California, Inc. certifies that Sysco Corporation is a publicly held corporation which, through its subsidiaries, owns 10% or more of Sysco Central California, Inc.

Dated: July 11, 2016　　　　　　　　BAKER & HOSTETLER LLP

By:　*/s/ Jeffrey C. Bils*
　　　MARGARET ROSENTHAL
　　　SABRINA L. SHADI
　　　JEFFREY C. BILS

Attorneys for Defendants SYSCO CORPORATION and SYSCO CENTRAL CALIFORNIA, INC.

## PROOF OF SERVICE

I, S. Suzuki, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509. On July 11, 2016, I served a copy of the within document(s): **NOTICE OF PARTY WITH FINANCIAL INTEREST**

☑  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐  by electronic mail by the U.S. District Court CM/ECF – Live System to the email address(es) set forth below.

☐  by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a [service company] agent for delivery.

William Turley
David Mara
Jill Vecchi
**THE TURLEY LAW FIRM, APLC**
7428 Trade Street
San Diego, CA 92121
(619) 234-2833
(619) 234-4048
bturley@turleylawfirm.com;
dmara@turleylawfirm.com
jvecchi@turleylawfirm.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on July 11, 2016, at Los Angeles, California.

_____
S. Suzuki

609107734.1

PROOF OF SERVICE