# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTIN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYSCO CORPORATION, et al.<br><br>Defendants. | Case No.  1:16-cv-00990-DAD-SAB<br><br>ORDER GRANTING JEFFREY C. BILS' MOTION TO WITHDRAW AS ATTORNEY<br><br>(ECF No. 10) |

On January 31, 2017, Jeffrey C. Bills filed a motion to motion to withdraw as counsel of record for Defendants Sysco Corporation and Sysco Central California, Inc.  Defendants continue to be represented by other counsel in this action.  Accordingly, Jeffrey C. Bil's motion to withdraw is HEREBY GRANTED.  The Clerk of the Court is directed to terminate Jeffrey C. Bils as attorney of record for Defendants Sysco Corporation and Sysco Central California, Inc.

IT IS SO ORDERED.

Dated:  **February 1, 2017**

UNITED STATES MAGISTRATE JUDGE