# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>SYSCO CORPORATION, et al.,<br><br>        Defendants. | Case No. 1:16-cv-00990-DAD-SAB<br><br>ORDER AMENDING SCHEDULING ORDER PURSUANT TO STIPULATION OF THE PARTIES<br><br>(ECF No. 12) |

On April 13, 2017, the parties filed a stipulation to amend the scheduling order in this action. (ECF No. 12.) Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the September 20, 2016 scheduling order is amended as follows:

1. The parties shall complete private mediation by August 4, 2017; and
2. All other dates and aspects of the September 20, 2016 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: __**April 14, 2017**__

                                            UNITED STATES MAGISTRATE JUDGE