# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SYSCO CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00990-DAD-SAB<br><br>ORDER RE STIPULATED PROTECTIVE ORDER<br><br>(ECF No. 18) |

On September 15, 2017, the parties filed a stipulated protective order. (ECF No. 18.) Upon review of the parties' stipulated protective order, it is HEREBY ORDERED that the parties' stipulated protective order is entered. However, the parties are advised that pursuant to the Local Rules of the United States District Court, Eastern District of California, any documents which are to be filed under seal will require a written request which complies with Local Rule 141. The party making a request to file documents under seal shall be required to show good cause for documents attached to a nondispositive motion or compelling reasons for documents attached to a dispositive motion. Pintos v. Pacific Creditors Ass'n, 605 F.3d 665, 677-78 (9th Cir. 2009).

IT IS SO ORDERED.

Dated: __September 19, 2017__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1