# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>SYSCO CORPORATION, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00990-DAD-SAB<br><br>ORDER RE SECOND STIPULATION TO CONTINUE THE DEADLINES TO COMPLETE CLASS CERTIFICATION DISCOVERY AND TO FILE A MOTION FOR CLASS CERTIFICATION<br><br>(ECF No. 21) |

On September 20, 2016, the scheduling order issued setting the deadlines for the parties to address class certification in this action. (ECF No. 8.) On July 20, 2017, the Court amended the deadlines for the parties to complete class certification discovery, attend private mediation, and file a motion for class certification. (ECF No. 15.) On September 19, 2017, the parties filed a joint motion to continue the scheduling order deadlines. (ECF No. 21.) Although titled a motion to continue the deadlines, the document filed is a stipulation by the parties to amend the deadlines set in the July 20, 2017 order for the parties to complete class certification discovery and file a motion for class certification. The parties are advised that if all of the parties agree to a request, they should file a stipulation signed by all parties rather than filing a joint motion by all parties. The parties are reminded that all motions to compel or discovery disputes (including informal discovery disputes) must be filed and heard sufficiently in advance of the discovery

1

cutoff so that the Court may grant effective relief within the allotted time and they must also comply with the other provisions in the September 20, 2016 scheduling order.

Based upon the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that the September 20, 2016 scheduling order and July 20, 2017 order are AMENDED as follows:

1. Class certification discovery shall be completed by December 18, 2017;
2. Plaintiff shall file a motion for class certification on or before December 18, 2017;
3. Defendants' opposition to Plaintiff's motion for class certification shall be filed on or before January 15, 2018;
4. Plaintiff's reply in support of his motion for class certification shall be filed on or before January 29, 2018; and
5. All other dates and aspects of the September 20, 2016 scheduling order and July 20, 2017 order shall remain in effect.

IT IS SO ORDERED.

Dated: **September 20, 2017**

UNITED STATES MAGISTRATE JUDGE

2