# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>SYSCO CORPORATION, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00990-DAD-SAB<br><br>ORDER RE STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION TO COMPEL TO OCTOBER 11, 2017<br><br>(ECF No. 24) |

On September 12, 2017, Plaintiff filed a motion to compel Defendant Sysco Central California, Inc.'s further responses to Plaintiff's interrogatories and Plaintiff's requests for production of documents, and set the motion for hearing on October 4, 2017. (ECF No. 17.) On September 27, 2017, the parties filed a stipulation to continue the hearing on the motion to compel to October 11, 2017. (ECF No. 24.) Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion to compel is continued from October 4, 2017, to October 11, 2017, at 10:00 a.m. before the undersigned in Courtroom 9. The parties are reminded to comply with the requirements of Local Rule 251.

IT IS SO ORDERED.

Dated: **September 28, 2017**

UNITED STATES MAGISTRATE JUDGE

1