# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>SYSCO CORPORATION, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00990-DAD-SAB<br><br>ORDER RE STIPULATION TO CONTINUE DEADLINE TO COMPLETE MEDIATION<br><br>(ECF No. 30) |

On September 20, 2016, the scheduling order issued setting the deadlines for the parties to address class certification in this action. (ECF No. 8.) On July 20, 2017, the Court amended the deadline for the parties to attend private mediation. (ECF No. 15.) On November 2, 2017, the parties filed a stipulation to continue the deadline to complete mediation. (ECF No. 30.)

Based upon the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that the deadline to complete mediation is continued to December 18, 2017.

IT IS SO ORDERED.

Dated: **November 3, 2017**

                                                UNITED STATES MAGISTRATE JUDGE