# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SYSCO CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00990-DAD-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES FROM DEFENDANT SYSCO CENTRAL CALIFORNIA, INC. AND MOTION TO COMPEL RESPONSES FROM DEFENDANT SYSCO CORPORATION FOR FAILURE TO COMPLY WITH RULE 251<br><br>(ECF Nos. 28, 29 |

Plaintiff filed a motion to compel Defendant Sysco Central California, Inc. to provide further responses to Plaintiff's request for production of documents and a motion to compel Defendant Sysco Corporation to respond to Plaintiff's interrogatories and demand for production of documents on November 1, 2017. (ECF No. 28, 29.) On November 3, 2017, an order was filed consolidating the two motions for a hearing on November 22, 2017. (ECF No. 31.) In the November 3, 2017 order, the parties were ordered to comply with Rule 251 of the Local Rules of the Eastern District of California, and to file a joint statement of discovery disagreement on or before November 15, 2017. (Id.) The parties were advised that failure to file a joint statement as required by the order would result in the denial of the motion and the Court will not find good cause to extend the discovery deadlines based on the failure to comply with Rule 251 or the

1 | November 3, 2017 order.  The time to file the joint statement has passed and no joint statement
2 | has been filed, nor has Plaintiff otherwise responded to the November 3, 2017 order.

3 | Accordingly, Plaintiff's motion to compel Defendant Sysco Central California, Inc. to provide further responses to Plaintiff's request for production of documents and motion to compel Defendant Sysco Corporation to respond to Plaintiff's interrogatories and demand for production of documents, filed November 1, 2017, are HEREBY DENIED, and the discovery disputes at issue in the motion will not provide good cause cause to extend the discovery deadlines in this action.

IT IS SO ORDERED.

Dated:  **November 16, 2017**

UNITED STATES MAGISTRATE JUDGE