1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          EASTERN DISTRICT OF CALIFORNIA

7

8   JOHN MARTIN,                              No. 1:16-CV-00990 DAD-SAB

9              Plaintiff,

10       v.                                   **ORDER REGARDING SETTLEMENT CONFERENCE PROCEDURES**

11  SYSCO CORPORATION,
    SYSCO CENTRAL CALIFORNIA, INC.,
12

13             Defendants.

14

15       The Court sets a settlement conference for December 15, 2017, at 9:30 AM before

16  Magistrate Judge Erica P. Grosjean.

17       Unless otherwise permitted in advance by the Court, the attorneys who will try the case

18  shall appear at the Settlement Conference. It is recommended that pertinent evidence to be offered

19  at trial, documents or otherwise, be brought to the settlement conference for presentation to the

20  settlement judge.  Neither the settlement conference statements nor communications during the

21  settlement conference with the settlement judge can be used by either party in the trial of this

22  case.

23       Absent permission from the Court, in addition to counsel who will try the case being

24  present, the individual parties shall also be present[1].  In the case of corporate parties, associations

25  or other entities, and insurance carriers, a representative executive with authority to discuss,

26  consider, propose and agree, or disagree, to any settlement proposal or offer shall also be present.

27

_____

28  [1] In prisoner civil rights cases, a representative from the Attorney General's Office is sufficient as a party
    representative.                                  1

A representative with unlimited authority shall either attend in person or be available by phone throughout the conference. In other words, having settlement authority "up to a certain amount" is not acceptable.

**IF ANY PARTY BELIEVES THAT A SETTLEMENT CONFERENCE WOULD BE FUTILE, THEN THAT PARTY SHALL CONTACT THE COURT NOT LATER THAN SEVENTY-TWO HOURS PRECEDING THE SCHEDULED SETTLEMENT CONFERENCE.**

*Confidential Settlement Statements*

At least five (5) court days prior to the settlement conference, each party shall submit a Confidential Settlement Conference Statement in Word format directly to Judge Grosjean's Chambers at epgorders@caed.uscourts.gov. The statement shall not be filed on the docket or served on any other party. Each statement shall be clearly marked "confidential" with the date and time of the settlement conference clearly noted on the first page. The Confidential Settlement Conference Statement shall include the following:

    A. A brief statement of the facts of the case.

    B. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

    C. A summary of the proceedings to date.

    D. An estimate of the cost and time to be expended for further discovery, pretrial and trial.

    E. The relief sought.

    F. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

The parties shall contact that the designated settlement conference judge's chambers to ascertain whether additional settlement conference procedures are required.

///

2

IT IS SO ORDERED.

Dated:   **November 28, 2017**        /s/ _Eric P. Grojean_
                                      UNITED STATES MAGISTRATE JUDGE