# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>SYSCO CORPORATION, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00990-DAD-SAB<br><br>ORDER SETTING PHASE TWO SCHEDULING CONFERENCE FOR MAY 8, 2018, AND DIRECTING PARTIES TO FILE A JOINT STATUS REPORT SEVEN DAYS PRIOR |

On April 20, 2018, District Judge Dale A. Drozd granted in part Plaintiff's motion for class certification and this action was referred back to the undersigned for further scheduling. (ECF No. 44.)

Accordingly, IT IS HEREBY ORDERED that:

1. A scheduling conference is set for May 8, 2018 at 9:00 a.m. in Courtroom 9;
2. The parties shall file a joint scheduling report seven (7) days prior to the conference date; and
3. The parties may appear telephonically at the scheduling conference by contacting Courtroom Deputy Mamie Hernandez to obtain the teleconference number and passcode.

IT IS SO ORDERED.

Dated: __April 20, 2018__

                                            UNITED STATES MAGISTRATE JUDGE