UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTIN, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>SYSCO CORPORATION and SYSCO CENTRAL CALIFORNIA, INC.,<br><br>Defendants. | No. 1:16-cv-00990-DAD-SAB<br><br>ORDER EXTENDING DEADLINE TO SUBMIT CLASS NOTICE<br><br>(Doc. No. 50) |

On May 11, 2018 and May 18, 2018, the parties filed stipulated requests to extend the time in which to submit their proposed class notice. (Doc. Nos. 49, 50.) The parties currently propose that the deadline to file their proposed class notice be extended until May 25, 2018. (Doc. No. 50.) While the parties believe they will be able to submit a joint proposed class notice at that point, if they are unable to do so, plaintiff will file his proposed notice on that date in accordance with the court's order of April 20, 2018. (*See id.*)

Pursuant to the stipulation of the parties, and good cause appearing, the previously set deadline to file a joint proposed class notice is extended to **May 25, 2018**. If the parties are unable to agree on a joint proposed class notice, plaintiff shall instead file his proposed class notice on that date, after which defendants will have fourteen days to submit objections and

*/////*

1

plaintiff will have seven days in which to reply, as set forth in the court's prior order. (*See* Doc. No. 44 at 17.)

IT IS SO ORDERED.

Dated: **May 21, 2018**

_____
UNITED STATES DISTRICT JUDGE