1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN MARTIN, on behalf of himself and        No.  1:16-cv-00990-DAD-SAB
     all others similarly situated,
12
                  Plaintiff,
13                                                ORDER GRANTING STIPULATION FOR
           v.                                     CLASS NOTICE
14
     SYSCO CORPORATION and SYSCO                  (Doc. No. 52.)
15   CENTRAL CALIFORNIA, INC.,

16                Defendants.

17

18        On April 20, 2018, the court issued an order granting in part plaintiff's motion for class

19   certification.  (Doc. No. 44.)  In that order, the court directed the parties to meet and confer to

20   ascertain whether a joint stipulated class notice and distribution plan was feasible.  (*Id.* at 17.)

21   Following the granting of extensions of time, the parties submitted a joint proposed notice and

22   distribution plan on May 25, 2018.  (Doc. No. 52.)  The parties have agreed to engage ILYM

23   Group, Inc. as the class administrator.  (*Id.* at ¶ 5.)  Defendant will compile class members'

24   identifying information and provide it to ILYM Group within ten (10) business days of an order

25   of this court approving the proposed notice, and ILYM Group will send the notices out within

26   five (5) calendar days of defendant providing that information.  (*Id.* at ¶¶ 7–8.)  Plaintiff will bear

27   the costs of mailing the notices.  (*Id.* at ¶ 6.)

28   /////

                                                  1

Rule 23 requires that any proposed class notice state the following "clearly and concisely . . . in plain, easily understood language":

> (i) the nature of the action;
>
> (ii) the definition of the class certified;
>
> (iii) the class claims, issues, or defenses;
>
> (iv) that a class member may enter an appearance through an attorney if the member so desires;
>
> (v) that the court will exclude from the class any member who requests exclusion;
>
> (vi) the time and manner for requesting exclusion; and
>
> (vii) the binding effect of a class judgment on members under Rule 23(c)(3).

Fed. R. Civ. P. 23(c)(2)(B). The court has reviewed the proposed notice, and it includes each of the items listed above in plain language. (Doc. No. 52-1.) Therefore, the court will approve the proposed class notice.

The proposed class notice (Doc. No. 52-1) is approved. Defendant shall provide class members' identifying information to ILYM Group, Inc. within ten (10) business days of the date of service of this order. ILYM Group shall send the notices within five (5) calendar days thereafter.

IT IS SO ORDERED.

Dated:   **May 29, 2018**

_____
UNITED STATES DISTRICT JUDGE