# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTIN,<br><br>    Plaintiffs,<br><br>v.<br><br>SYSCO CORPORATION; et al.,<br><br>    Defendants. | Case No.: 1:16-cv-00990-DAD-SAB<br><br>ORDER AMENDING SCHEDULING ORDER PURSUANT TO STIPULATION OF PARTIES<br><br>(ECF No. 54) |

On July 11, 2016, this action was removed to the Eastern District by Defendant. The parties agreed to a phased scheduling approach in the matter. The scheduling order setting dates for phase two was filed on May 10, 2018. On November 7, 2018, a stipulation to amend the May 10, 2018 scheduling order was filed.

The parties seek to extend all deadlines in the scheduling order including the pretrial conference and trial dates. The parties set forth a date for an "opening brief" to be filed. However, there is no opening brief deadline in the May 10, 2018 scheduling order. To the extent that the parties are referring to a trial brief, the deadline to file the trial brief will be set in the pretrial order.

///

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the May 10, 2018 scheduling order is amended as follows:

| | |
|---|---|
| April 1, 2019 | Deadline to complete non-expert discovery |
| May 7, 2019 | Deadline to submit dispositive motions |
| May 7, 2019 | Deadline to exchange expert disclosures |
| May 28, 2019 | Deadline to supplement expert disclosures |
| June 20, 2019 | Deadline to complete expert discovery |
| July 2, 2019 | Joint Pre-trial Conference Statement due |
| July 8, 2019 at 1:30 p.m. | Pre-trial Conference |
| September 4, 2019 at 1 p.m. | Trial |

IT IS SO ORDERED.

Dated: **November 8, 2018**

_____
UNITED STATES MAGISTRATE JUDGE

2