# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTIN,<br><br>           Plaintiff,<br><br>     v.<br><br>SYSCO CORPORATION, et al.,<br><br>           Defendants. | Case No. 1:16-cv-00990-DAD-SAB<br><br>ORDER RE NOTICE OF SETTLEMENT AND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT<br><br>(ECF No. 59)<br><br>FORTY-FIVE DAY DEADLINE |

On April 8, 2019, the parties filed a notice of settlement and request forty-five (45) days to file a motion for preliminary approval of class settlement. (ECF No. 59)

Accordingly, IT IS HEREBY ORDERED that:

1. All pending motions, deadlines, and dates in this action are VACATED; and

2. The parties shall file a motion for preliminary approval of class settlement within forty-five (45) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:  **April 9, 2019**

UNITED STATES MAGISTRATE JUDGE

1